IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES HAINES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN COLVIN, Acting | : | NO. 12-5373 |
| Commissioner of Social Security | : | |

ORDER

AND NOW, this 7th day of February, 2014, upon consideration of our June 28, 2013 Order vacating our March 7, 2013 Order and referring this matter to the Honorable Elizabeth T. Hey for a report and recommendation pursuant to the procedure for the random assignment of social security cases, Local Rule 72.1 and 28 U.S.C. §636(b)(1)(B) (docket entry # 12) and Judge Hey's unopposed January 23, 2014 report and recommendation that plaintiff's request for review be granted (docket entry # 14) so that the Administrative Law Judge can consider Dr. Greenhouse's EMG/nerve conduction survey and Dr. Robinson's pain assessment and also reassess plaintiff's credibility and residual functional capacity in rendering his step four and five determination, it is hereby ORDERED that:

1.  Judge Hey's report and recommendation is APPROVED and ADOPTED;

2.  Plaintiff's request for review is GRANTED;

3.  The matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with Judge Hey's report and recommendation; and

4.  The Clerk of Court shall CLOSE the case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.